UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOYLE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 3:24-cv-05761-JHC<br><br>ORDER |

The Court GRANTS Plaintiff's in forma pauperis application, Dkt. # 1, and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Plaintiff need not serve a summons and a complaint, or file notice of service. The Clerk shall notify Defendant this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

2. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

/

ORDER - 1

Dated this 12th day of September, 2024.

John H. Chun
United States District Judge

ORDER - 2